WILLIAM K. MOTT, Respondent, *v.* ELEAZER W. EDWARDS et al., Appellants.

*Mott* v. *Edwards*, 98 App. Div. 511, affirmed.
(Argued February 1, 1906; decided February 16, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 28, 1904, which affirmed a judgment of the Onondaga County Court affirming a judgment of the Municipal Court of the city of Syracuse in favor of plaintiff.

*E. W. Cregg* for appellants.

*C. W. Darling* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.